[No. 69259-3-I.   Division One.   April 7, 2014.]

ARTUR ROJSZA ET AL., *Respondents*, v. THE CITY OF FERNDALE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-2-00582-2, Ira Uhrig, J., entered August 3, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Grosse, J. Pro Tem.

[No. 69717-0-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP D. BALDWIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08680-0, Regina S. Cahan, J., entered December 14, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 69856-7-I.   Division One.   April 7, 2014.]

ROGER BEL AIR ET AL., *Appellants*, v. 1ST SECURITY BANK OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30773-3, Julie A. Spector, J., entered January 25, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 70033-2-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. J.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-03014-8, Barbara A. Mack, J., entered February 19, 2013. *Dismissed* by unpublished per curiam opinion.